STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CRAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00554 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO ADVANCE STATUS HEARING DATE TO DECEMBER 17, 2012 FOR CHANGE OF PLEA HEARING AND [~~PROPOSED~~] ORDER |
| v. | ) ) ) ) ) | |
| CLYDE ALLEN CRAIG, | ) ) | Hearing Date: December 18, 2012 Time:            9:30 a.m. |
| Defendant. | ) ) ) ) | |
| | ) | **The Honorable Kandis A. Westmore** |

The above-captioned matter is set on December 18, 2012 before the Honorable Kandis A. Westmore for a status hearing. The parties jointly request that the Court advance the matter to December 17, 2012, at 3:00 p.m., to the calendar of the Honorable Saundra Brown Armstrong for a change of plea hearing. At the last appearance, the magistrate court excluded time until December 18, 2012.

On July 12, 2012, the grand jury charged Clyde Allen Craig with violations of 18 U.S.C. § 2252, the possession and distribution of child pornography. On July 18, 2012, Mr. Craig was arraigned on the Indictment and pleaded not guilty. On the most serious charge, Mr. Craig faces a minimum sentence of 15 years imprisonment and a maximum sentence of 40.

1     The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) agreement in this case and request to have this matter placed on the district court calendar for a change of plea hearing. The parties conferred with Judge Armstrong's courtroom deputy and obtained an appropriate date. For these reasons, the parties request that the Court advance this matter for a change of plea hearing on December 17, 2012 at 3:00 p.m. before Judge Armstrong. The magistrate court previously excluded time until December 18, 2012.

DATED: November 30, 2012              /S/
                                                       RODNEY VILLAZOR
                                                       Assistant United States Attorney

DATED: November 30, 2012              /S/
                                                       ANGELA M. HANSEN
                                                       Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) plea agreement;

2. Given that the Honorable Saundra Brown Armstrong is available for a change of plea hearing on December 17, 2012 at 3:00 p.m.; and

3. Given that the magistrate excluded time until December 18, 2012 at the parties' last appearance;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of December 18, 2012, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, is vacated and advanced to December 17, 2012, at 3:00 p.m. for a change of plea hearing before the Honorable Saundra Brown Armstrong.

December 3, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge